OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701     $ 000.27⁵
02 1W
0001401623 AUG. 06. 2015

7/29/2015

COCHRAN, MICHAEL DEWAYNE    Tr. Ct. No. CR-24656-AA    WR-71,081-02

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

MICHAEL DEWAYNE COCHRAN
RAMSEY I UNIT - TDC # 1285580
1100 FM 655
ROSHARON, TX  77583

EBN3B  77583